IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02658-RBJ-BNB

MT. HAWLEY INSURANCE COMPANY, an Illinois corporation,

    Plaintiff.

v.

CREEK SIDE AT PARKER HOMEOWNERS ASSOCIATION, INC., a Colorado corporation,
MOUNTAIN VIEW HOMES I, LLC, a Colorado limited liability company,
MOUNTAIN VIEW HOMES II, LLC, a Colorado limited liability company,
MICHAEL LASTOWSKI, individually, a Colorado resident and citizen,
NATIONAL FIRE AND MARINE INSURANCE COMPANY, a Nebraska corporation,

    Defendants.

---

ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AMONG THE PLAINTIFF AND DEFENDANTS MOUNTAIN VIEW HOMES I, LLC AND MICHAEL LASTOWSKI

---

    THIS MATTER comes before the Court on the Joint Motion of the Plaintiff, Mt. Hawley Insurance Company ("Mt. Hawley"), and Defendants Mountain View Homes I, LLC ("MVHII") and Michael Lastowski ("Lastowski"), for a dismissal of all claims brought, or that could have been brought, between Plaintiff on the one hand and Defendants MVHI and Lastowski on the other hand, relating to the matters subject of Mt. Hawley's Complaint in this action, with prejudice, each party to assume and pay his or its own respective attorneys' fees and costs herein incurred.

    The Court has reviewed the Motion and the Court's file, and considered applicable law, and being fully advised, hereby Orders that said Motion is Granted. All claims brought, or that could have been brought, between Plaintiff on the one hand and Defendants MVHI and

Lastowski on the other hand, relating to the matters subject of Mt. Hawley's Complaint in this action, are hereby Dismissed With Prejudice, each party to assume and pay his or its own respective attorneys' fees and costs herein incurred. Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

DATED this 4th day of January, 2012.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge